UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WARD d/b/a/ BRAINTEASER PUBLICATIONS,

        Plaintiff,

- against -

BARNES & NOBLE, INC., STERLING PUBLISHING CO., INC., FRANCIS HEANEY, and PATRICK BLINDAUER,

        Defendants.

Civil Action No. 13-cv-7851 (JMF)

## NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S FEBRUARY 23, 2015 OPINION AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.3, Defendants Barnes & Noble, Inc., Sterling Publishing Co., Inc., Francis Heaney and Patrick Blindauer (collectively, "Sterling") hereby respectfully move this Court for: (i) reconsideration of that portion of the Court's February 23, 2015 Opinion and Order (Dkt. 38) denying summary judgment with respect to Plaintiff's copyright claim as it pertains to the instructions in the Hangman books at issue, and (ii) upon such reconsideration, granting summary judgment in Sterling's favor. In support of this motion, Sterling relies upon its accompanying Memorandum of Law in Support of Defendants' Motion for Partial Reconsideration of the Court's February 23, 2015 Opinion and Order.

Pursuant to Local Civil Rules 6.3 and 6.1(b) and this Court's Individual Rules of Practice, Plaintiff's answering papers, if any, are to be served and filed within fourteen (14) days following service of this motion, and any reply papers are to be served and filed within seven (7) days following service of any answering papers.

Dated: New York, New York  ARNOLD & PORTER LLP
March 4, 2015

By: _/s/ Louis S. Ederer_
Louis S. Ederer
Matthew T. Salzmann
Maxwell C. Preston
399 Park Avenue
New York, New York 10022
Tel: 212.715.1000
Fax: 212.715.1399

*Attorneys for Defendants*