# EXHIBIT A

**DEFENDANTS' EXHIBIT LIST**

| Exhibit Number | Description | Objections (* indicates that no party objects) |
|---|---|---|
| D-1 | Printout from Sterling Publishing Co., Inc.'s Internet website [DEFS000001] | * |
| D-2 | Letter from Michael Ward to Frances Gilbert (Sterling Publishing Co., Inc.) re "Publishing Proposal − 'Scratch-Hangman'", dated June 11, 2004 [Defendants' Deposition Exhibit 6] | Objection: I do not seem to have the exhibits from the deposition, I was provided with a transcript only. |
| D-3 | *Scratch Hangman Puzzle Book* (Michael Ward, 2000) | Objection: Not cited in the record, not clear as to which book |
| D-4 | Publishing Agreement between Sterling Publishing Co., Inc. and Michael Ward, dated October 14, 2004 [DEFS000223-DEFS000228] | * |
| D-5 | Email from John Woodside (Sterling Publishing Co., Inc.) to Michael Ward re "Hangman", dated February 16, 2005 [DEFS002305- DEFS002501] | * |
| D-6 | Email chain among Michael Ward, Peter Gordon (Sterling Publishing Co., Inc.) and John Woodside re "Hangman Proofs", dated February 16-22, 2005 [DEFS000389- DEFS000391] | * |
| D-7 | Email chain between Michael Ward and Peter Gordon (Sterling Publishing Co., Inc.) re "Scratch & Solve Series", dated July 21-25, 2005 [DEFS000420-DEFS000421] | * |
| D-8 | Email chain between Michael Ward and John Woodside Sterling Publishing Co., Inc.) re "Clipart", dated September 9-12, 2005 [DEFS002252] | * |
| D-9 | Compilation of Amendments to the October 14, 2004 Publishing Agreement between Sterling Publishing Co., Inc. and Michael Ward [DEFS002685-DEFS0002694] | * |
| D-10 | Publishing Agreement between Sterling Publishing Co., Inc. and Michael Ward, dated April 12, 2012 [DEFS002695-DEFS002700] | * |
| D-11 | Publishing Agreement between Sterling Publishing Co., Inc. and Michael Ward, dated January 22, 2013 [DEFS002701-DEFS002706] | * |
| D-12 | Plaintiff's Improperly Filed Local Rule 56.1 Statement | Objection: You twist the language and words of this repeatedly and the |

71797237v2

| | | |
|---|---|---|
| | | court has now ruled twice on the issues presented by Docket 28, ¶ 33, I intend to ask the court for further consideration / a clarificaiton on the meaning of that paragraph and in any event this is not the operative 56.1 Statement. |
| D-13 | Publishing Agreement between Sterling Publishing Co., Inc. and Francis Heaney, dated May 28, 2009 [DEFS002707-DEFS002715] | * |
| D-14 | *Scratch & Solve Trivia Hangman* (Francis Heaney, 2010) | * |
| D-15 | Certificate of Registration — *Scratch & Solve Trivia Hangman*, U.S. Copyright Registration No. TX 7-349-218 [DEFS000182] | * |
| D-16 | Publishing Agreement between Sterling Publishing Co., Inc. and Patrick Blindauer, dated August 24, 2010 [DEFS002716-DEFS002722] | * |
| D-17 | *Scratch & Solve Hollywood Hangman* (Patrick Blindauer, 2011) | * |
| D-18 | Certificate of Registration — *Scratch & Solve Hollywood Hangman*, U.S. Copyright Registration No. TX 7-454-787 [DEFS000184] | * |
| D-19 | *Scratch & Solve Science Hangman* (Jack Ketch, 2013) | * |
| D-20 | *Scratch & Solve Geography Hangman* (Jack Ketch, 2013) | * |
| D-21 | *Scratch & Solve Spelling Bee Hangman* (Jack Ketch, 2013) | * |
| D-22 | Sales Summaries for Non-Ward Titles [DEFS002217-DEFS002218] | Objection: These documents were listed as "HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY" and have not been shared even with my client, now you want to present them to the public. |
| D-23 | *Scratch & Solve Hangman #1* (Michael Ward, 2005) | * |
| D-24 | *Scratch & Solve Hangman #2* (Michael Ward, 2005) | * |
| D-25 | *Scratch & Solve Sports Hangman* (Michael Ward, 2006) | * |
| D-26 | *Scratch & Solve Movie Hangman* (Michael Ward, 2006) | * |

71797237v2

| | | |
|---|---|---|
| D-27 | *Scratch & Solve Hangman #4* (Michael Ward, 2007) | * |
| D-28 | *Scratch & Solve Travel Hangman* (Michael Ward, 2008) | * |
| D-29 | *Scratch & Solve Elegant Hangman* (Michael Ward, 2009) | * |
| D-30 | *Scratch & Solve Tough Hangman For Your Backpack* (Michael Ward, 2010) | * |
| D-31 | *Scratch & Solve Hangwoman* (Diane Ward, 2010) | * |
| D-32 | *Scratch & Solve Tough-As-Nails Hangman* (Michael Ward, 2011) | * |
| D-33 | *Hip Pocket Hangman* (Michael Ward, 2012) | * |
| D-34 | *Scratch & Solve Tough Hangman In The Moon* (Michael Ward, 2013) | * |
| D-35 | *Scratch & Solve Hangman About Town* (Michael Ward, 2013) | * |