# EXHIBIT B

## PLAINTIFF'S EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| Legend | |
|---|---|
| 402 | Relevance |
| 403 | Prejudicial or cumulative |
| 802 | Hearsay |
| 901 | Authentication |
| FRCP 26 | Not Produced During Discovery |

| Exhibit Number | Description | Objections (* indicates that no party objects) |
|---|---|---|
| 1 | Ward New Zealand Provisional Patent [WARD 000032-35] | 402; 403; 802 — Advance Ruling Requested |
| 2 | Gordon Gotch Letter to Ward 11/20/1998 [Janay Decl. Ex. A, WARD000031] | 402; 403; 802 |
| 3 | Peter Gordon Letter to Ward Pursuing Scratch Hangman [Janay Decl. Ex. B, DEFS000234-38] | 402; 403 |
| 4 | Peter Gordon Terms of Offer to Ward [Janay Decl Ex. C, WARD000042] | 402; 403 |
| 5 | Peter Gordon Email Update to Ward 9/24/2008 [Janay Decl. Ex. D, WARD000088] | 402; 403 |
| 6 | Peter Gordon Email "Finally Over One Million" 6/17/2009 [Janay Decl. Ex. E, WARD000089-90] | 402; 403 |
| 7 | New York Times Interview with Peter Gordon 5/18/2009 [Janay Decl. Ex. F, WARD000026] | 402; 403; 802; 901 |
| 8 | Tony Romano Letter 10/14/2013 "Sterling has sold over 1.5 million copies" [Janay Decl. Ex. G, WARD000090] | 402; 403 |
| 9 | Mike Ward Notifies Sterling re Andrews McMeel Infringement 9/14/2011 [Janay Decl. Ex. H, DEFS002723-29] | 402; 403 — Advance Ruling Requested |

1

| Exhibit Number | Description | Objections (* indicates that no party objects) |
|---|---|---|
| 10 | Release Sent by Sterling 2013 [Janay Decl. Ex. I, DEFS002782-87] | 402; 403; 408 — Advance Ruling Requested |
| 11 | Draft Release Sent by Sterling [Janay Decl. Ex. J, DEFS002755] | 402; 403; 408 — Advance Ruling Requested |
| 12 | B&N Website Scratch Hangman Ward [Janay Decl. Ex. K, WARD000003-4] | * |
| 13 | Sterling's Infringing Works [Janay Decl. Ex. L, WARD000005-11] | 402 & 403 (with respect to the final two books: *Scratch & Solve Prime Time Hangman* and *Scratch & Solve Underwater Hangman*, which are not at issue in this case) |
| 14 | Amazon.com customer reviews for Ward Scratch & Solve Hangman [Janay Decl. Ex. M, WARD000012-20] | 402; 403; 802 |
| 15 | Ward Email to Peter Gordon and Theresa Thompson regarding infringement 4/29/2013 [Janay Decl. Ex. N, WARD000060-65] | 402; 403; 802 |
| 16 | Ward Email Offer to Resume Publishing 6/16/2013 [Janay Decl. Ex. O, WARD000066-67] | 402; 403 |
| 17 | Ward Negotiations to Continue publishing 9/17/2013 [Janay Decl. Ex. P, DEFS002766-69] | 402; 403 |
| 18 | Scratch Hangman Titles - Infringing Works Highlighted [Janay Decl. Ex. Q, WARD000084] | 802; 901 |
| 19 | Ward Refusal to Sign Release – 2011 [Janay Decl Ex. R, DEFS002723-31] | 402; 403; 408 — Advance Ruling Requested |
| 20 | Sterling's Answer to Complaint [Janay Decl. Ex. S] | * |

2

| Exhibit Number | Description | Objections (* indicates that no party objects) |
|---|---|---|
| 21 | NZ Copyright Office Information [Janay Decl. Ex. T, WARD000027] | 402; 403; 802 — Advance Ruling Requested |
| 22 | Defendants' Rule 26(a)(1) disclosures [Janay Decl. Ex. U] | * |
| 23 | Intellectual Property Law from New Zealand Website [Janay Decl. Ex. V, WARD000022] | 402; 403; 802 — Advance Ruling Requested |
| 24 | World Trade Organization - Treaties on U.S. Law [Janay Decl. Ex. W, WARD000023-24] | 402; 403; 802 — Advance Ruling Requested |
| 25 | Sterling Website Printouts of Scratch & Solve Hangman written by Ward [Janay Decl. Ex. X, DEFS000009-16, 21-23; WARD000021] | 402; 403 |
| 26 | Barnes & Noble [Janay Decl. Ex. Y, DEFS000038, 41, 50, 59, 71, 84] | 402; 403 |
| 27 | Ward Deposition Transcript - 3/20/2014 [Janay Decl. Ex. Z] | 802 |
| 28 | US Copyright Office Website List of Ward Titles - Scratch & Solve Hangman [Janay Decl. Ex. AA, WARD000086] | 403 |
| 29 | Michael Ward v. Andrews McMeel Publishing - Opinion & Order Denying Motion to Dismiss [Janay Decl. Ex. BB] | 402; 403 — Advance Ruling Requested |
| 30 | New Zealand Copyright Council Website Printout [Janay Decl. Ex. CC] | 402; 403; 802 — Advance Ruling Requested |
| 31 | U.S. Copyrights in Ward's Name: Author(s) Nature of Authorship "Entire Text," "Text," and "Compilation" [PUBLICLY AVAILABLE DOCUMENTS] | 403; 802; 901; FRCP 26 |

| Exhibit Number | Description | Objections (* indicates that no party objects) |
|---|---|---|
| 32 | Ward and Peter Gordon from Sterling's Emails Concerning Gameplay<br>[Janay Decl. Ex. EE, DEFS000387-89] | * |
| 33 | Scratch & Solve Ward and Ketch Identical Instructions<br>[Janay Decl. Ex. FF] | 403 |
| 34 | Canadian Hangman Titles | 402; 403; FRCP 26 —<br>Advance Ruling Requested (not at issue in this case) |