UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WARD d/b/a/ BRAINTEASER PUBLICATIONS,

    Plaintiff,

- against -

BARNES & NOBLE, INC., STERLING PUBLISHING CO., INC., FRANCIS HEANEY, and PATRICK BLINDAUER,

    Defendants.

Civil Action No. 13-cv-7851 (JMF)

## DEFENDANTS' NOTICE OF MOTION *IN LIMINE*

PLEASE TAKE NOTICE that pursuant to Rule 5.B.i of this Court's Individual Rules and Practices in Civil Cases, Defendants Barnes & Noble, Inc., Sterling Publishing Co., Inc., Francis Heaney and Patrick Blindauer hereby respectfully move this Court for an order granting its Motion *in Limine*.

Pursuant to Rule 5.E of this Court's Individual Rules and Practices in Civil Cases, Plaintiff's answering papers, if any, are to be served and filed within one week after the filing of the parties' Joint Pretrial Order.

Dated: New York, New York
      May 15, 2015

ARNOLD & PORTER LLP

By: _/s/ Louis S. Ederer_
Louis S. Ederer
Susan L. Shin
Matthew T. Salzmann
399 Park Avenue
New York, New York 10022
Tel: 212.715.1000
Fax: 212.715.1399
*Attorneys for Defendants*