```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MICHAEL WARD,                                                     :
:
                                   Plaintiff,    :     13-CV-7851 (JMF)
:
             -v-                                    :     ORDER
:
BARNES & NOBLE, INC., et al.,                                     :
:
                                   Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Having reviewed the parties' letters filed late last week (Docket Nos. 76, 78, 79), and upon further reflection, the Court sees no need to resolve the outstanding disputes regarding trial exhibits in advance of the settlement conference scheduled for tomorrow, as — in light of the Court's oral rulings of May 28, 2015 — the parties should already have adequate information regarding the scope of remaining claims (and, accordingly, the risks of proceeding to trial versus settling). Additionally, Plaintiff has not yet submitted hard copies of his proposed trial exhibits (which were to be submitted with his pretrial filings and thus are long overdue). Accordingly, Plaintiff shall submit hard copies to chambers no later than **July 16, 2015**; the Court will address Defendants' objections to those exhibits at the final pre-trial conference scheduled for July 20, 2015.

      SO ORDERED.

Dated: July 13, 2015
       New York, New York                       _____
                                                         JESSE M. FURMAN
                                                   United States District Judge