UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MICHAEL WARD,                                                           :
                                                                        :
                        Plaintiff,                 :        13-CV-7851 (JMF)
                                                                        :
       -v-                                                              :        ORDER
                                                                        :
BARNES & NOBLE, INC., et al.,                                           :
                                                                        :
                        Defendants.                :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2015

JESSE M. FURMAN, United States District Judge:

      Today, the Court received a hard copy of Plaintiff's exhibits, presumably in response to the Court's Order of July 13, 2015, directing Plaintiff to submit copies of his exhibits no later than tomorrow. (Docket No. 80). Plaintiff's compliance with the Court's Order and with its Individual Rules and Practices in Civil Cases, however, ends there. Rule 5(B) of this Court's Individual Rules and Practices specifies that each exhibit shall be "pre-marked (that is, with an exhibit sticker)" and that the exhibits must be "assembled sequentially in a loose leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference." Individ. R. & Practices in Civil Cases, Jesse M. Furman, U.S.D.J., *available at* http://nysd.uscourts.gov/judge/Furman. Plaintiff submitted his exhibits in one manila folder, separated only by sheets of paper and bound by a rubber band, and with no exhibit stickers attached. It goes without saying that such an arrangement not only is contrary to this Court's Rules, but also renders it virtually impossible for the Court to easily reference Plaintiff's exhibits. Accordingly, Plaintiff is hereby ORDERED to submit new copies of his exhibits, arranged as required by this Court's Individual Rules and practices, no later than the close of

business tomorrow (the original deadline for Plaintiff's submissions).

    SO ORDERED.

Dated: July 15, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge